**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**STEVEN A. STRANGE,**

      **Petitioner,**

**v.**                             **Case No. 3:92cv30236-MCR/MAF**

**RICKY D. DIXON, Secretary,**
**Department of Corrections,**

      **Respondents.**

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on May 6, 2026. ECF No. 7. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Report and Recommendation, ECF No. 7, is adopted and incorporated by reference in this order.

2.    Petitioner's Rule 60(b) Motion to Reopen, ECF No. 3, is **DENIED** and

this matter is **DISMISSED for lack of jurisdiction**.

3.    Petitioner's Motion for Recusal, ECF No. 9, is **DENIED**.

4.    Leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 10th day of July 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**